1  NICOLE E. NAKAGAWA (SBN 233212)
   SAFEER HOPTON (SBN 271027)
2  SAG-AFTRA
   5757 Wilshire Boulevard, 7th Floor
3  Los Angeles, California 90036-3600
   Telephone:  (323) 549-6641
4  Facsimile:   (323) 549-6624
   nicole.nakagawa@sagaftra.org

Attorney for Petitioner
Screen Actors Guild - American Federation
Of Television and Radio Artists

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>INS7GHT PRODUCTIONS, INC.,<br><br>Respondent. | Case No. CV13-01532<br><br>**[PROPOSED] JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc. ("SAG"), came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and documentary evidence presented at the time of hearing:

IT IS HEREBY OFERED, ADJUGED, and DECREED that judgment be entered in this case as follows:

1. The Arbitration Award in favor of Screen Actors Guild-American Federation of Television and Radio Artists ("Union"), as successor-in-interest to Screen Actors Guild, Inc. ("SAG") and against Ins7ght Productions, Inc. Union Case No. 2003-0063, dated March 6, 2009, is confirmed in all respects.

2. Ins7ght Productions, Inc. is ordered to pay as followings:
   (a) To SAG-AFTRA, on behalf of affected performers, the sum of $331,618.23;
   (b) To SAG-AFTRA for its attorney's fees incurred in this action, the sum of $2,400.00; and
   (c) To SAG-AFTRA for its costs incurred in this action, the sum of $350.00.

3. SAG-AFTRA is hereby granted an assignment of Ins7ght Production's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Killer Cop* also known as *Odd Harmony* also known as *Running Away* anywhere in the world until the amounts due are paid in full.

4. SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

5. The parties are to split any arbitrator fees.

Dated: April 8, 2013

_____
Judge of the United States District Court